**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6970**

LARRY HAMILTON, JR.,

            Plaintiff – Appellant,

      v.

WASHINGTON COUNTY DETENTION CENTER; VAN EVANS, Major;
CICCARELLI, Dr.; DEPARTMENT OF CORRECTIONS; O. WAYNE HILL,
Warden; CARROLL PARRISH, Asst. Warden; O. WILLIAMS, R.N.;
DIVISION OF CORRECTIONS; PRIME MEDICAL CARE,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Roger  W.  Titus,  District  Judge.
(8:09-cv-00516-RWT; 8:09-cv-00722-RWT)

Submitted:  October 22, 2010          Decided:  November 12, 2010

Before SHEDD, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Hamilton, Jr., Appellant Pro Se. Rodger Owen Robertson,
LAW OFFICE OF JOSEPH M. JAGIELSKI, Baltimore, Maryland; David J.
McManus, Jr., BAXTER, BAKER, SIDLE, CONN & JONES, PA, Baltimore,
Maryland; Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Hamilton, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. Appellee Evans has moved to dismiss, arguing Hamilton's notice of appeal was untimely. We deny Evans's motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>Hamilton v. Washington Cty. Det. Ctr.</u>, Nos. 8:09-cv-00516-RWT; 8:09-cv-00722-RWT (D. Md. May 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>